IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEPHANI LEWIS                   :         CIVIL ACTION
                                 :
        v.                       :
                                 :
COMMUNICATION WORKERS OF         :
AMERICA, et al.                  :         NO. 10-cv-05111-JF

MEMORANDUM

Fullam, Sr. J.                                    March 25, 2011

          Plaintiff is suing the defendants for alleged racial
discrimination in her treatment during her employment.  The
defendants have filed a motion to quash the attempted service of
process upon them.

          As I understand it, the defendants contend that service
was defective because it was made by registered mail, but without
requiring a return receipt for the mail.  This may well be
correct, but I have concluded that the defendants waived the
technical defect.  In support of their motion to quash the
service, defendants have included a sworn declaration of one of
their employees, Kathleen Morrone, which established that the
defendants did actually receive the summons, a copy of the
complaint, etc.  In my opinion, this declaration is, at the very
least, equivalent to a return receipt for the documents.

          The motion to quash will be denied.


                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.