IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANI LEWIS | : | CIVIL ACTION |
| v. | : | |
| COMMUNICATION WORKERS OF AMERICA, et al. | : | NO. 10-cv-05111-JF |

ORDER

AND NOW, this 25th day of March 2011, IT IS ORDERED:

That the defendants' "Motion to Quash Attempted Service of Summonses and Complaints" is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.